IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PATRICK SHERMAN                                                          PETITIONER

v.                             NO. 5:07CV00036 SWW-JFF

LARRY NORRIS, Director,
Arkansas Department of Correction                                        RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge John F. Forster, Jr., and the objections filed in response, and has further reviewed the relevant record *de novo*. The Findings and Recommendations are adopted in their entirety as this Court's findings.

IT IS THEREFORE ORDERED that Respondent's motion to dismiss is granted and that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is dismissed without prejudice for lack of jurisdiction. Petitioner's motion to strike and motion for copy of transcripts are denied.

DATED this 4th day of April 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE