IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PATRICK SHERMAN                                                               PETITIONER

v.                           NO. 5:07CV00036 SWW-JFF

LARRY NORRIS, Director,
Arkansas Department of Correction                                             RESPONDENT

## **JUDGMENT**

Pursuant to the Proposed Findings and Recommendations filed in this matter, it is Considered, Ordered, and Adjudged that Respondent's motion to dismiss is granted and that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is dismissed without prejudice for lack of jurisdiction.

IT IS SO ADJUDGED this 4th day of April 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE